UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                     Criminal No. 11-cr-105-01-JL

<u>John Perkins</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted; Final Pretrial is rescheduled to October 20, 2011 at 09:30; Trial is continued to the two-week period beginning November 1, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Date: August 3, 2011

cc:  Jeffrey S. Levin, AFD
     Alfred J.T. Rubega, AUSA
     U.S. Marshal
     U.S. Probation